THE PEOPLE OF THE STATE OF NEW YORK, Respondent, against DONALD HUGH SNYDER, Appellant.

Argued April 22, 1953; decided May 28, 1953.

*William Scott 2d, Harry G. Anderson* and *Rudolph Stand* for appellant.

*Fred A. Dickinson, District Attorney* (*William F. Horan* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.